In the Matter of the Claim of BESSIE WILTSE, Appellant, against VILLAGE OF OWEGO et al., Respondents.

STATE INDUSTRIAL BOARD, Appellant.

Argued February 25, 1942; decided April 16, 1942.

*John J. Bennett, Jr., Attorney-General* (*John F. Loehr* and *Joseph A. McLaughlin* of counsel), for State Industrial Board, appellant.

*James S. Truman* and *Lewis B. Parmenton* for claimant-appellant.

*Nathan Turk* and *Howard W. Robinson* for Village of Owego et al., respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.